572 P.2d 804

**M. J. EVERTSEN, Mason Contractor, and Continental Casualty Company, Petitioners,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Leo E. Harwood, Respondent Employee.**

**No. 13454–PR.**

Supreme Court of Arizona,
In Banc.

Dec. 6, 1977.

Jennings, Strouss & Salmon by Steven C. Lester, Phoenix, for petitioners.

John H. Budd, Jr., Chief Counsel by Linda J. Norton, Phoenix, for respondent.

CAMERON, Chief Justice.

Petition for review granted. The opinion of the Court of Appeals as reported in 573 P.2d 69 (Ariz.App.1977) is approved and adopted as the opinion of this court.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.